UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:08-cv-04512-FMC-AJWx | Date | March 4, 2009 |
|---|---|---|---|
| Title | Hellen Adams et al v. City of Whittier et al | | |

| Present: The Honorable | FLORENCE-MARIE COOPER |
|---|---|

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**    ORDER GRANTING MOTION    (In Chambers)

This matter is before the Court on the Motion to Dismiss Portions of First Amended Complaint (docket no. 22), filed February 6, 2009, by Defendant Wackenhut Corporation, and in which Defendants City of Whittier, Officer Demasi, Officer Burns, and Officer Ramos joined on February 12, 2009. The hearing on the matter was set for March 16, 2009.

Pursuant to this Court's Motion Briefing Schedule, "Opposition papers are to be filed and served not later than 21 days before the hearing date." Standing Order Rule 3(b). Opposition papers were therefore due on February 23, 2009. To date, no Opposition has been filed.

Pursuant to Local Rule 7-12, "[t]he failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." Accordingly, the Court finds that Plaintiff has consented to the granting of Defendants' Motion. The Court hereby GRANTS Defendants' Motion to Dismiss Portions of the First Amended Complaint without prejudice. The hearing set for March 16, 2009, is removed from the Court's calendar. Plaintiff is given thirty (30) days to file an amended complaint. Failure to timely file an amended complaint will result in dismissal of the action.

|  | : | N/A |
|---|---|---|
| Initials of Preparer | AM | |